| | |
|---|---|
| **Federal Defenders** | Southern District |
| OF NEW YORK, INC. | 81 Main Street, Suite 300 |
| | White Plains, N.Y. 10601-4150 |
| | Tel: (914) 428-7124  Fax: (914) 948-5109 |

*David E. Patton*
Executive Director
and Attorney-in-Chief

> APPLICATION GRANTED. Ms. Mota's bail conditions are modified as set forth in this letter.
>
> Dated: October 30, 2023
>
> SO ORDERED.
>
> _/s/ Andrew Krause_
> _____
> ANDREW E. KRAUSE
> United States Magistrate Judge

Oct. 30, 2023

The Hon. Andrew Krause
United States Magistrate Judge
United States Courthouse
300 Quarropas St.
White Plains, NY 10601

Re: *United States v. Jayleen Mota*, Case No. 23-MJ-3028

Dear Judge Krause,

I am writing to request that the Court modify the terms of Ms. Mota's bond to permit her to travel to the Dominican Republic. Last week, Ms. Mota's great-grandmother passed away. Ms. Mota was extremely close to her and would like to travel to the Dominican Republic to mourn with her extended family.

By way of background, Ms. Mota was arrested on April 17, 2023, on one count of transmitting threats in interstate commerce, in violation of 18 U.S.C. § 875(c). That same day, the Court released Ms. Mota on an agreed-upon bail package that included an unsecured $10,000 bond signed by one financially responsible person and one person of moral suasion. Additionally, Ms. Mota's travel was restricted to the Southern and Eastern Districts of New York. Since her release, Ms. Mota has complied with all pretrial conditions.

Ms. Mota intends to be in the Dominican Republic for approximately one week and stay with her grandmother. She will provide Pretrial Services with her grandmother's exact address and flight details. I have discussed this requested modification with AUSA Timothy Ly. He does not object to this modification. Pretrial Services also has no objection.

Thank you for your consideration of this request.

Sincerely,

_/s/ Rachel Martin_

Rachel Martin
Assistant Federal Defender

cc: AUSA Timothy Ly
    U.S. Pretrial Services Officer Laura Gialanella